CITY OF MILLVILLE, APPELLANT, v. HOWARD EVERING-HAM, RESPONDENT.

Argued March 15, 1925—Decided May 18, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 293.

For the appellant, *Louis H. Miller.*

For the respondent, *Henry O. Burt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   12.

*For reversal*—None.